No. 78–1715. COLLUM *v.* LOUISIANA; and IN RE COLLUM. Sup. Ct. La. Certiorari denied. MR. JUSTICE MARSHALL would grant certiorari. Reported below: 368 So. 2d 460.

No. 78–1743. VAUGHN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE MARSHALL would grant certiorari.

No. 78–6802. WILSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE MARSHALL would grant certiorari.

No. 78–1733. STANTON ET AL. *v.* MACKEY ET AL. C. A. 7th Cir. Motion of respondent Catherine Mackey for leave to proceed *in forma pauperis* granted. Certiorari denied.